# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LADYBUG AND FRIENDS PRESCHOOL, LLC and IULIA SALAJAN, <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., <br><br> Defendants. | Case No. 14 C 1972 |

## MEMORANDUM ORDER

On April 25 counsel for plaintiffs Ladybug and Friends Preschool, LLC and Iulia Salajan filed a response to this Court's April 10 memorandum opinion and order ("Opinion") that had raised two issues posed by a threshold review of the Complaint.[1] This Court has read the response and does not find it fully persuasive, although it will not take any substantive action in connection with the lawsuit sua sponte. Instead this Court will await whatever input the governmental defendants may provide in response to the Complaint. In the meantime it is contemporaneously issuing its customary order establishing an initial status hearing date.

_____
Milton I. Shadur
Date: April 30, 2014  Senior United States District Judge

---

[1] This Court learned of that April 25 filing only via a check of the docket by its secretary, for as of this writing no paper copy has been delivered to its chambers as mandated by LR 5.2(f) (see Opinion at 1 n.1). It may be that the required paper copy is still en route from the Culver City, California office of plaintiffs' counsel, but if that is not the case counsel's noncompliance with the LR is really puzzling -- he has already been fined once for his earlier nondelivery of the Judge's Copy of the Complaint. If plaintiffs' counsel has instead violated the LR again despite his having been apprised of its existence by this Court's March 31 memorandum order and then by the Opinion, that repeated noncompliance must again carry with it a fine payable to the Clerk of Court -- this time $200.